

# MEMORANDUM

To: Honorable George A. O'Toole
U.S. District Judge

From: Susan Walls
U.S. Probation Officer

Re: Stephen Hooper
Docket No.: 1:12CR10156
***Transfer of Jurisdiction Request***

Date: August 21, 2017

---

On December 3, 2012, the above-named defendant appeared before Your Honor for sentencing having previously pleaded guilty to Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). He was sentenced to 60 months of imprisonment followed by five years of supervised release with various special conditions, $2,000 in restitution, and a $100 special assessment. Mr. Hooper was released from custody and began his term of supervised release in the District of New Hampshire on May 5, 2017. His financial obligations have been paid in full.

As Mr. Hooper plans to permanently maintain residence in the District of New Hampshire, the supervising district is recommending that jurisdiction be transferred. If Your Honor concurs, we have enclosed the necessary forms for your signature. Please sign Part 1 of the attached forms.


Reviewed & Approved

*/s/ Laura Roffo*
Laura Roffo
Supervising U.S. Probation Officer

| ◆PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0101 1:12CR10156-1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Stephen Hooper | District of Massachusetts | Boston |
| | NAME OF SENTENCING JUDGE | |
| | Honorable George A. O'Toole, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/05/2017 | TO 05/04/2022 |

OFFENSE
Possession of Child Pornography, in violation of 18 U.S.C. § 2252 (a)(4)(B)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Judicial__ DISTRICT OF __Massachusetts__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of New Hampshire__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__9/28/17__   __[signature]__
*Date*   *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Judicial__ DISTRICT OF __New Hamphire__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____   _____
*Effective Date*   *United States District Judge*

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0101 1:12CR10156-1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Stephen Hooper | District of Massachusetts | Boston |
| | NAME OF SENTENCING JUDGE | |
| | Honorable George A. O'Toole, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/05/2017 | TO 05/04/2022 |

OFFENSE
Possession of Child Pornography, in violation of 18 U.S.C. § 2252 (a)(4)(B)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Judicial__ DISTRICT OF __Massachusetts__

　　　　IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of New Hampshire__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6/28/17_　　　　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　　　United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Judicial__ DISTRICT OF __New Hamphire__

　　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____　　　　　　　　　　_____
*Effective Date*　　　　　　　　　　　　　　　*United States District Judge*